**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WANDA ADKINS,**

    Plaintiff,

v.                                       Case No.  8:07-cv-518-T-30TGW

**BEACHEM BROTHERS ELECTRIC, INC.,**

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #15).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     The Stipulation of Dismissal With Prejudice (Dkt. #15) is APPROVED.

2.     This cause is dismissed with prejudice, with each party to bear her or its own fees and costs.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 26, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-518.dismissal 15.wpd